# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3762
_____

CRYSTAL TRISH GONZALEZ,

Appellant,

v.

COLISEUM MOTORS, a
Corporation and CHARLES
HIGBEE,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

May 22, 2024

PER CURIAM.

DISMISSED. *See McGuire v. Fla. Lottery*, 17 So. 3d 1276 (Fla. 1st DCA 2009) (dismissing an appeal for lack of jurisdiction where the trial court granted a motion to dismiss without prejudice); *see also Kopel v. Kopel*, 229 So. 3d 812 (Fla. 2017) (recognizing for statute of limitations purposes that "as long as the initial complaint gives the defendant fair notice of the . . . factual underpinning of the claim, amendments stating new legal theories can relate back . . . even where the legal theory of recovery has changed or where the original and amended claims require the assertion of different elements").

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Robert Allen, Pensacola, for Appellant.

No appearance for Appellees.